DATE: 03-25-11　　　　　　　　　　　　JUDGE: O'GRADY
　　　　　　　　　　　　　　　　　　　　Reporter: N. Linnell
START: 12:02
FINISH: 12:24

Civil Action Number: 1:10cv01466

MOUSA NAJDI

V.

BAC HOME LOANS SERVICING, L.P., et.al.

Appearances of Counsel for ( X) Pltf　　( X ) Deft
(　) Matter is uncontested

Defendant's [14] Motion to Dismiss Amended Complaint

Argued:
(　) Granted　(　) Denied
(X) Taken under advisement

( X ) Order to Follow