IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| MOUSA NAJDI )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAC HOME LOANS SERVICING, )<br>L.P., et al., )<br>)<br>Defendants. ) | Civil Case No.: 1:10-cv-1466 |

## ORDER

This matter comes before the Court on Defendants' Motion to Dismiss Plaintiff's Amended Complaint. (Dkt. No. 14). Having considered the arguments advanced by counsel, this Court finds that Plaintiff's Amended Complaint satisfies the pleading requirements specified by law. For reasons stated in open court, and for good cause otherwise appearing, it is hereby

ORDERED that Defendants' Motion is DENIED. A scheduling order will follow.

Alexandria, Virginia
March 25, 2011

/s/ 
Liam O'Grady
United States District Judge